```
1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  MATTHEW L. McCARTHY (CABN 217871)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6838
7       FAX: (415) 436-7200
        Matthew.McCarthy@usdoj.com
8
   Attorneys for United States of America
9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO. 14-00498 CRB |
|---|---|
| Plaintiff, | ) NOTICE OF DISMISSAL |
| v. | ) |
| SHANNON DUCHARME, | ) |
| Defendant. | ) |

 With leave of the Court, pursuant to Federal Rule of Criminal Procedure 48(a), and because the defendant has successfully completed the terms of her Pretrial Diversion pursuant to the Pretrial Diversion Agreement entered into between the parties, the United States Attorney for the Northern District of California dismisses the above indictment.

DATED: 7-13-2016   Respectfully submitted,

              BRIAN J. STRETCH
              United States Attorney

               /s/
              MATTHEW L. McCARTHY
              Assistant United States Attorney

NOTICE OF DISMISSAL (CR 14-00498 CRB)

1     Leave is granted to the government to dismiss the indictment.

2

3

4  Date:  July 15, 2016

_____
HON. CHARLES R. BREYER
United States District Court Judge

NOTICE OF DISMISSAL (CR 14-00498 CRB)